W & F BUILDING MAINTENANCE COMPANY, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 03–5105.

United States Court of Appeals, Federal Circuit.

July 25, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).